IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨sig⟩ D.C.
05 SEP 20 AM 11: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| vs. | X | Cv. No. 04-3048-D/V |
| CHARLTON HILDRETH, | X | Cr. No. 01-20262-D |
| Defendant. | X | |

ORDER DIRECTING UNITED STATES TO RESPOND

On December 15, 2004, defendant Charlton Hildreth, Bureau of Prisons inmate registration number 18008-076, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed a pro se motion pursuant to 28 U.S.C. § 2255.

It is ORDERED that the United States file a response to the motion within twenty-three days from the date of this order.

The Clerk shall provide a copy of the original and amended motions in this cause and this order to the United States Attorney for the Western District of Tennessee.

IT IS SO ORDERED this __16__ day of September, 2005.

⟨signature⟩
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-20-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-03048 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charlton F. Hildreth
18008-076
FCC- Forrest City
P.O. Box 9000
Forrest City, AR 72336

Honorable Bernice Donald
US DISTRICT COURT