IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Cv. No. 04-3048-D/V |
| | * | Cr. No. ~~01-20262-D~~ |
| vs. | * | |
| | * | |
| CHARLTON HILDRETH, | * | |
| | * | |
| Defendant. | * | |

**MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255**

The United States moves the Court to grant it an additional fifteen (15) days, up to and including October 28, 2005, within which to respond to the defendant's motion under 28 U.S.C. § 2255. The United States submits that this additional time is needed to permit it to obtain records regarding this case which was closed in 2001.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#11392 Tennessee)

**MOTION GRANTED**
DATE: October 13, 2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-20-05

## CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Response has been mailed to Charlton F. Hildreth #18008-087, FCC-Forrest City, P.O. Box 9000, Forrest City, AR  72336.

This 12th day of October, 2005.

_____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-03048 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Charlton F. Hildreth
18008-076
FCC- Forrest City
P.O. Box 9000
Forrest City, AR 72336

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT